## Commonwealth *v.* Shriner, Appellant.

Submitted March 1, 1976. *Philip D. Freedman* and *John E. Good, Jr.*, Assistant Public Defenders, for appellant; *Marion E. MacIntyre*, Second Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.